[10 NE3d 188, 986 NYS2d 878]

The People of the State of New York, Appellant, v James F. Webb, Respondent.

Decided May 6, 2014

### APPEARANCES OF COUNSEL

*Lawrence Friedman, District Attorney*, Batavia (*William G. Zickl* of counsel), for appellant.

*Jeremy D. Schwartz*, Buffalo, for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed. Viewing the evidence in the light most favorable to the People, the evidence was legally insufficient to establish a conviction for criminal contempt in the first degree.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.